## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**IRINA COLLIER,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**CASE NO. 1:23cv167-RH-HTC**

**DONALD TRUMP, et al.,**

    **Defendants.**

_____/

## **JUDGMENT**

This case is dismissed for lack of subject-matter jurisdiction.

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

<u>August 18, 2023</u>　　　　　　　　　　　<u>s/A. Tinaya-Miller</u>
Date　　　　　　　　　　　　　　　　Deputy Clerk: A. Tinaya-Miller